IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GRANITE REINSURANCE COMPANY, LTD, A Barbados Corporation,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEBRASKA, ex. Rel. ANN M. FROHMAN, DIRECTOR OF INSURANCE OF THE STATE OF NEBRASKA, in her capacity as Liquidator of AMERICAN GROWERS INSURANCE COMPANY, in liquidation and FEDERAL CROP INSURANCE CORPORATION, a corporation within the United States Department of Agriculture; RISK MANAGEMENT AGENCY, an agency of and within the United States Department of Agriculture,<br><br>Defendants. | CIVIL 8:08CV410<br><br><br><br><br><br><br><br>ORDER |

Upon the Defendants' second motion to extend time to respond to Granite Reinsurance's Motion for Remand (Filing No. 27) and for good cause shown,

IT IS HEREBY ORDERED that the Defendant, United States of America is granted until January 9, 2009, to file a response to the Motion For Remand.

Dated: December 19, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge